IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:04cr12-SPM

DWIGHT DAVID SANDERS,
        Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE

Defendant is appealing the judgment entered by the Honorable William C. Sherrill, Jr., United States Magistrate Judge. The appeal is properly before this Court pursuant to Title 18, United States Code, Section 3402 and Federal Rule of Criminal Procedure 58(g)(2). The record on appeal has been completed and filed. Briefing remains to be completed. Accordingly it is

ORDERED AND ADJUDGED:

1. Defendant shall have up to and including February 5, 2007 to file an initial brief.

2. The Government shall file an answer brief within 30 days after Defendant's initial brief is filed.

3. Defendant may file a reply brief within 14 days after the Government's answer brief is filed.

DONE AND ORDERED this 24th day of January, 2007.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge