IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                      CASE NO.: 4:04cr12-SPM/WCS

DWIGHT DAVID SANDERS,

        Defendant.
_____/

### ORDER GRANTING MOTION FOR BOND PENDING APPEAL

Upon review of the initial brief (doc. 76) and motion to reconsider (doc. 77), the Court finds that Defendant should be continued on bond pending appeal. Defendant is not likely to flee and does not pose a danger to others. His appeal raises a substantial question of law that could result in a reduced sentence that would expire before the duration of the appeals process. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's motion to remain on bond pending appeal (doc. 74) and motion to reconsider (doc. 77) are granted.

2. Defendant shall remain on recognizance bond pending appeal.

DONE AND ORDERED this 14th day of February, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge